IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| TIFFANY MORENS, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No.  3:10-cv-00322-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * |
| Social Security Administration | * |
| | * |
| Defendant. | * |

## ORDER

Before the Court is Plaintiff's Motion for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The Commissioner responded and offered no objection to the fees requested. However, the Commissioner objects to the requested $16.62 for costs. After careful consideration of the Motion and Response, the Court finds:

1. The hours spent by counsel were reasonable. Therefore, the Court approves attorney fees in the amount of $1,458.10 (.85 attorney hours at $175, 5.10 hours at $181, and 5.15 paralegal hours at $75.00). Plaintiff identified the $16.62 cost as "3 CRRR: service of summons/complaint." (Doc. No. 19-1, p. 13). The docket sheet reflects that Plaintiff was allowed to proceed without paying the filing fee, but that Plaintiff bore the cost of mailing the Complaint and summons via certified mail, return receipt requested (CRRR). Therefore, Plaintiff is awarded $16.62 in costs.

2. The award of EAJA fees and costs shall be paid directly to Plaintiff's counsel subject to any offset to satisfy any pre-existing debt owed to the United States. *Astrue v. Ratliff*, --- U.S. ----, 130 S.Ct. 2521, 2527, 2010 WL 2346547 (2010).

3. Defendant shall certify the award of $1,474.72 and pay Plaintiff's attorney this amount.

1

IT IS SO ORDERED this 7th day of May, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE